No. 11–246. MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS v. PATCHAK ET AL.; and

No. 11–247. SALAZAR, SECRETARY OF THE INTERIOR, ET AL. *v.* PATCHAK ET AL. C. A. D. C. Cir. [Certiorari granted, 565 U. S. 1092.] Motion of petitioners for divided argument granted.